**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § § | |
| GAVAC, ALICE L. § § | Case No. 11-05041 |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/11/2012 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2012            By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GAVAC, ALICE L. § Case No. 11-05041
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 68,683.87 |
| and approved disbursements of | $ | 2.46 |
| leaving a balance on hand of[1] | $ | 68,681.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 6,684.19 | $ 0.00 | $ 6,684.19 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,684.19 |
| Remaining Balance | | $ | 61,997.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,653.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 15,502.56 | $ 0.00 | $ 14,206.47 |
| 000002 | Reid A. Stiefel | $ 1,500.00 | $ 0.00 | $ 1,374.59 |
| 000003 | Chase Bank USA, N.A. | $ 14,599.59 | $ 0.00 | $ 13,378.99 |
| 000004 | Chase Bank USA, N.A. | $ 18,588.24 | $ 0.00 | $ 17,034.17 |
| 000005 | Chase Bank USA, N.A. | $ 10,058.74 | $ 0.00 | $ 9,217.78 |
| 000006 | Chase Bank USA, N.A. | $ 7,404.25 | $ 0.00 | $ 6,785.22 |

Total to be paid to timely general unsecured creditors    $    61,997.22

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-05041-DRC
Alice L. Gavac  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: froman      Page 1 of 2      Date Rcvd: Apr 23, 2012
                         Form ID: pdf006      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2012.
```
db          +Alice L. Gavac,    363 Elm Street,    Glen Ellyn, IL 60137-3803
16793859    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16793861    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17313245     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16793862    +Chitkowski Law Offices,    801 Warrenville Rd,    Suite 620,    Lisle, IL 60532-4348
16793864    +Fisher & Shapiro,    2121 Waukegan,    Suite 301,    Deerfield, IL 60015-1831
16793865     Freedman Anselmo Lindberg & Rappe,    1807 W. Diehl Rd,    Suite 333,    Naperville, IL 60563-1890
16793866    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16793869    +Reid A. Stiefel,    1590 Louis Avenue,    Elk Grove Village, IL 60007-2314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17224691     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2012 02:56:31     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
16793863    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2012 02:56:31     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
16793867    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 24 2012 01:59:56     Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16793868    +E-mail/Text: MVCIBL@VACATIONCLUB.COM Apr 24 2012 03:56:53     Marriott Ownership,
              1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer, Brown, Covey, Gaertner & Davis, LLC
16793860*   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: froman              Page 2 of 2              Date Rcvd: Apr 23, 2012
                              Form ID: pdf006           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2012 at the address(es) listed below:
        David R Brown    on behalf of Trustee David Brown dbrown@springerbrown.com,
         marigonzo@springerbrown.com;jill@springerbrown.com
        David R Brown    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Joseph P Doyle    on behalf of Debtor Alice Gavac joe@fightbills.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                             TOTAL: 4