UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
GAVAC, ALICE L. § Case No. 11-05041
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                             Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/DAVID R. BROWN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | REID A. STIEFEL | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-05041 JHS Judge: JOHN H. SQUIRES | | | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GAVAC, ALICE L. | | | Date Filed (f) or Converted (c): | 02/10/11 (f) |
| | | | | 341(a) Meeting Date: | 04/05/11 |
| For Period Ending: | 03/20/12 | | | Claims Bar Date: | 08/01/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INHERITANCE (u) | 0.00 | 0.00 | | 68,683.87 | 0.00 |
| 2. Real Estate at 363 Elm, Glen Ellyn | 361,000.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS    four checking accounts | 8,925.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 500.00 | DA | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 75.00 | 75.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 850.00 | 0.00 | DA | 0.00 | FA |
| 7. WEARING APPAREL AND JEWELRY    Costume jewelry | 75.00 | 75.00 | DA | 0.00 | FA |
| 8. INTERESTS IN INSURANCE POLICIES    Debtor Claimed Exemption | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 1994 Jeep Wrangler    Debtor Claimed Exemption | 3,252.00 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $374,677.00         $650.00         $68,683.87         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaits distribution of balance of inheritance

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1                                                                                                                                   Ver: 16.05d

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-05041 JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | GAVAC, ALICE L. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1648 Checking Account |
| Taxpayer ID No: | *******2113 | | |
| For Period Ending: | 03/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 11/28/11 | 1 | Robert Bray Corporation<br>Bray Title Escrow Account<br>1000 W Jefferson Ave<br>Effingham, IL 62401 | | 1,552.54 | | 1,552.54 |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | | 2.46 | 1,550.08 |
| 02/03/12 | | Transfer to Acct #*******3580 | Bank Funds Transfer | | 1,550.08 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | 1,552.54 | 1,552.54 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 1,550.08 | |
| | | | Subtotal | 1,552.54 | 2.46 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 1,552.54 | 2.46 | |

Page Subtotals 1,552.54 1,552.54

LFORM2

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.05d

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05041 JHS | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | GAVAC, ALICE L. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3580 Checking Account |
| Taxpayer ID No: | *******2113 | | | |
| For Period Ending: | 03/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 02/03/12 | | Transfer from Acct #*******1648 | Bank Funds Transfer | 1,550.08 | | 1,550.08 |
| 02/21/12 | 1 | Roy J and Mary F Michels Family Trust<br>Glen Michels, Trustee<br>442 County Road 750 E<br>Montrose, IL 62445 | | 67,131.33 | | 68,681.41 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 68,681.41 | 0.00 | 68,681.41 |
| Less: Bank Transfers/CD's | 1,550.08 | 0.00 | |
| Subtotal | 67,131.33 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 67,131.33 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******1648 | 1,552.54 | 2.46 | 0.00 |
| Checking Account - *******3580 | 67,131.33 | 0.00 | 68,681.41 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 68,683.87 | 2.46 | 68,681.41 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 68,681.41 | 0.00 | |
|---|---|---|---|---|